01-339-NOTICE-REMOVAL

United States District Court
Southern District of Texas
FILED

OCT 2 4 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNULFO ARAMBULA AND | § | |
| DANIEL ARAMBULA | § | CIVIL ACTION NO. **B - 01 - 183** |
| | § | |
| V. | § | |
| INDUSTRIAL DEL LIBRE COMERCIO AND | § | JURY DEMANDED |
| IGNACIO CEPEDA TOVAR | § | |

## DEFENDANT TOVAR'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, one of the Defendants herein, and files this his

NOTICE OF REMOVAL in support of which he would show unto the Court as follows:

1.   **STATE COURT PROCEEDING** - There is presently pending in state court an action

styled, *Arnulfo Arambula and Daniel Arambula v. Industrial Del Libre Comercio and Ignacio Cepeda*

*Tovar,* which is Cause No. 4827-A on the docket of the 49th Judicial District Court of Zapata County,

Texas.

2.   **BASIS FOR REMOVAL** - Removal of this proceeding to this Court is proper pursuant

to 28 U.S.C. § 1441.  Jurisdiction of this matter in this court is proper under 28 U.S.C. § 1332(a)(2) for

the following reasons:

(a)   Plaintiffs are residents of the United States;[1]

(b)   Defendant Tovar is a resident and citizen of the Republic of Mexico;

(c)   Defendant Industrial Del Libre Comercio was a business entity purportedly organized

and existing under the laws of the Republic of Mexico with its principal place of business in the

Republic of Mexico; and

DEFENDANT TOVAR'S NOTICE OF REMOVAL - Page 1

(d)    The amount in controversy between Plaintiff Daniel Arambula and Defendant Tovar exceeds $75,000.00 exclusive of interest and costs.

### 3.    AMOUNT IN CONTROVERSY

(a)    <u>Plaintiff Daniel Arambula</u>

(1)    Daniel Arambula has listed 10 medical providers and has indicated that the total medical billing for nine of the providers totals $70,838.75.  Attached hereto for the sole purpose of showing one element of the amount in controversy is a copy of the list of medical expenses attached to Arnulfo Arambula's Answers to Defendant Tovar's Interrogatories (Exhibit 1).

(2)    In addition to recovery of medical expenses, Plaintiff Daniel Arambula seeks recovery for physical pain and mental anguish in the past and future, physical impairment in the past and future, medical expenses in the future, past lost wages, loss of future wage-earning capacity, and physical disfigurement in the past and future.

(3)    Plaintiff Daniel Arambula's original pleadings (see Exhibit 2 to Defendant Tovar's Notice of Pleadings and Orders Filed in State Court) did not specify an amount in controversy.[2]  The list of medical expenses was attached to interrogatory answers received by defense counsel on September 28, 2001, a date less than 30 days from the date of the filing of this Notice of Removal.

(b)    <u>Plaintiff Arnulfo Arambula</u>

Plaintiff Arnulfo Arambula has not yet responded to discovery requests served in this proceeding.  Discovery was served on August 29, 2001.  No extension of time has been requested or granted.  Contact has been made with Plaintiff Arnulfo Arambula's counsel in an effort to secure the discovery responses but responses have yet to be received.

---

[1] Cross-Plaintiff's First Amended Petition, Paragraphs 2.1 and 2.2.

Jurisdiction of Plaintiff Arnulfo Arambula is proper pursuant to 28 U.S.C. § 1441(c). Liability and defensive issues are the same as to each Plaintiff. The difference in the two claims will be the injuries claimed and the damages sought.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
William L. Hubbard
State Bar No. 10142000
Federal Id. No.  1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANT TOVAR

---

[2] Rule 47(b), Texas Rules of Civil Procedure, does not permit a specific allegation of the amount of unliquidated damages in an original pleading.

## CERTIFICATE OF SERVICE

ON the 21st day of October, 2001, a copy of DEFENDANT TOVAR'S NOTICE OF

REMOVAL was served on:

Jaime A. Gonzalez, Jr.  
Attorney at Law  
Summit Park North  
817 E. Esperanza Avenue  
McAllen, Texas 78501

By Certified Mail, Return Receipt  
Requested No. 7001 0320 0003 6910 __3359__

*Attorney for Plaintiff Arnulfo Arambula*

Keith Livesay  
Attorney at Law  
1122 Pecan  
McAllen, Texas 78501

By Certified Mail, Return Receipt  
Requested No. 7001 0320 0003 6910 __3366__

*Attorney for Plaintiff Daniel Arambula*

_____  
William L. Hubbard  
Attorney at Law

DEFENDANT TOVAR'S NOTICE OF REMOVAL - Page 4

# EXHIBIT "A"

## MEDICAL EXPENSES

| | | |
|---|---|---|
| 1. | Zapata County Emergency Services | $   213.50 |
| 2. | Mercy Health Center | $   972.00 |
| 3. | Laredo Medical Group\Dr. San Miguel **(Will supplement)** | $_____ |
| 4. | RGV Orthopedic Center | $19,380.00 |
| 5. | Saenz Medical Pharmacy, Nolana | $   177.26 |
| 6. | Nolana Open MRI Center | $ 2,297.00 |
| 7. | Radiology & Associates | $   659.00 |
| 8. | Cornerstone Hospital | $42.249.99 |
| 9. | Medical Homecare, Inc. | $   395.00 |
| 10. | Biolectron, Inc. | $ 4,495.00 |

\mdr

F:\DOCS\LAW-OFC.JAG\FILES.LIT\ARAMBULA.DAN\DISCOVERY\P-Answ-D-ROGS

01-339-NOTICE-PLEADINGS



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARNULFO ARAMBULA AND | § | |
| DANIEL ARAMBULA | § | CIVIL ACTION NO. |
| | § | |
| V. | § | |
| INDUSTRIAL DEL LIBRE COMERCIO AND | § | JURY DEMANDED |
| IGNACIO CEPEDA TOVAR | § | |

**B -01- 183**

### DEFENDANT TOVAR'S NOTICE OF PLEADINGS
### AND ORDERS FILED IN STATE COURT AND LIST OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, one of the Defendants herein, and files this his

NOTICE OF PLEADINGS AND ORDERS FILED IN STATE COURT in support of which he would

show unto the Court as follows:

1. **PLEADINGS** - The following pleadings have been filed in the state court proceeding:

(a) Exhibit 1 - Plaintiff's Original Petition - filed on behalf of Arnulfo Arambula.

(b) Exhibit 2 - Cross-Plaintiff's First Amended Petition - filed on behalf of Daniel Arambula.

(c) Exhibit 3 - Defendant's Original Answer - filed on behalf of Daniel Arambula.

(d) Exhibit 4 - Cross-Plaintiff's Motion for Alternative Service - filed on behalf of Daniel

Arambula (includes Exhibit A - Plaintiff's Motion for Alternative Service (filed on behalf of Arnulfo

Arambula), Exhibit B - Affidavit in Support of Plaintiff's Motion for Alternative Service (filed on behalf

of Arnulfo Arambula), and Exhibit C - Order Granting Plaintiff's Motion for Alternative Service (signed

on December 20, 2000)).

(e) Exhibit 5 - Affidavit in Support of Cross-Plaintiff's Motion for Alternative Service.

(f) Exhibit 6 - Special Appearance of T.J. Tijerina - filed on August 27, 2001.

DEFENDANT TOVAR'S NOTICE OF PLEADINGS AND ORDERS
FILED IN STATE COURT AND LIST OF COUNSEL - Page 1

(g)     Exhibit 7 - Defendant Tovar's Original Answer - filed on August 27, 2001.

(h)     Exhibit 8 - Defendant Tovar's Jury Request - filed on September 5, 2001.

(i)     Exhibit 9 - Citation served on T.J. Tijerina by mail.

**2.      ORDERS**

(a)     The following order has been entered in the state court proceeding: Exhibit C attached to

Exhibit 3 (Order Granting Plaintiff's Motion for Alternative Service signed on December 20, 2000.

(b)     Exhibit 10 - Docket Sheet.

3.      LIST OF COUNSEL

(a)     Jaime A. Gonzalez, Jr.          956-664-0100
        Attorney at Law                FAX - 956-664-1529
        Summit Park North
        817 E. Esperanza Avenue
        McAllen, Texas 78501

                *Attorney for Plaintiff Daniel Arambula*

(b)     Keith Livesay                  956-664-9288
        Attorney at Law                FAX - None
        1122 Pecan
        McAllen, Texas 78501

                *Attorney for Plaintiff Arnulfo Arambula*

(c)     William L. Hubbard             956-425-7400
        Attorney at Law                FAX - 956-425-7707
        P.O. Box 534329
        Harlingen, Texas 78553-5329

        Suite 310, Third Floor
        134 East Van Buren Avenue
        Harlingen, Texas 78550-6807

                *Attorney for Defendant Tovar*

DEFENDANT TOVAR'S NOTICE OF PLEADINGS AND ORDERS
FILED IN STATE COURT AND LIST OF COUNSEL - Page 2

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
William L. Hubbard
State Bar No. 10142000
Federal Id. No.  1923

ATTORNEYS FOR DEFENDANT TOVAR

DEFENDANT TOVAR'S NOTICE OF PLEADINGS AND ORDERS
FILED IN STATE COURT AND LIST OF COUNSEL - Page 3

## CERTIFICATE OF SERVICE

ON the 24th day of October, 2001, a copy of DEFENDANT TOVAR'S NOTICE OF

PLEADINGS AND ORDERS FILED IN STATE COURT AND LIST OF COUNSEL was served on:

Jaime A. Gonzalez, Jr.                    By Certified Mail, Return Receipt
Attorney at Law                           Requested No. 7001 0320 0003 6910 3359
Summit Park North
817 E. Esperanza Avenue
McAllen, Texas 78501

*Attorney for Plaintiff Daniel Arambula*


Keith Livesay                             By Certified Mail, Return Receipt
Attorney at Law                           Requested No. 7001 0320 0003 6910 3344
1122 Pecan
McAllen, Texas 78501

*Attorney for Plaintiff Arnulfo Arambula*


_____
William L. Hubbard
Attorney at Law


DEFENDANT TOVAR'S NOTICE OF PLEADINGS AND ORDERS
FILED IN STATE COURT AND LIST OF COUNSEL - Page 4

95397955972                    P. 2

Cause No. 4897-A                 CONSUELO R. VILLARREAL

ARNULFO ARAMBULA          ▪        IN THE DISTRICT COURT  3: 18
                          ▪
                          ▪              FILED
v.                        ▪        ZAPATA COUNTY, TEXAS
                          ▪        BY _____ DEPUTY
                          ▪
DANIEL ARAMBULA, IGNACIO  ▪
CEDEDA TOVAR, and INDUSTIAL ▪
DE LIBRE COMERCIO         ▪        44th JUDICIAL DISTRICT

# PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **ARNULFO ARAMBULA**, Plaintiff in the above styled and numbered cause, and files this his **PLAINTIFF'S ORIGINAL PETITION**, complaining of **DANIEL ARAMBULA, IGNACIO CEDEDA TOVAR**, and **INDUSTIAL DE LIBRE COMERCIO**, and would respectfully show unto the Court as follows:

## I.

## PARTIES

Plaintiff is a resident of Zapata County, Texas.

Defendant, Daniel Arambula, is a resident of Zapata County, Texas. His attorney, Hon. Jamie Gonzalez, has professionally agreed to appear and answer this lawsuit without the necessity of service of process on his client. Consequently, no service of process is necessary on this Defendant. Should this Defendant fail to appear, Plaintiff requests that said Defendant appear and that citation be issued.

Defendant, Ignacio Cededa Tovar, is a citizen of the Republic of Mexico. Pursuant to



Tex. R. Civ. P. 106, he may be served by registered and/or certified mail at his home address, Valladolid #44, Matamoros, Tampulis, Mexico.

Defendant, Industial De Libre Comercio, is a corporation organized and operating under the laws of the Republic of Mexico, and, pursuant to Tex. R. Civ. P. 106, may be served by registered and/or certified mail at its place of business, 2a Ocampo y Mina Hr, Matamoros, Tampulis, Mexico.

Plaintiff requests that citation be issued for Defendants Cededa Tovar, and Industial De Libre Comercio, and that they be served.

## II.

# JURISDICTION AND VENUE

This Court possesses jurisdiction because the amount in controversy is in excess of the minimum jurisdictional amount of this Court.

Venue is proper before this Court because Plaintiff's cause of action, in whole or in part, accrued in Zapata County, and because one of the Defendants is a resident of Zapata County, and all of Plaintiff's claims arise out of the same transactions or occurrences.

## III.

# UNDERLYING FACTS

On or about May 8, 2000, Defendant Daniel Arambula was driving a vehicle owned by Plaintiff in San Ygnacio, Zapata County, Texas.  Defendant Arambula was driving along Highway 83, and seeking to turn into Lincoln Street.

Traveling behind Defendant Arambula at this time was a vehicle driven by Defendant Cededa Tovar and owned by Defendant Industial De Libre Comercio. Defendant Cededa Tovar was in the course and scope of his employment with Defendant Industial De Libre Comercio at the time in question.

As Defendant Arambula turned left onto Lincoln Street, Defendant Cededa Tovar attempted to pass Defendant Arambula by going into the left hand lane. The result is that the vehicles collided. Furthermore, Plaintiff's vehicle was damaged.

## IV.

## CAUSES OF ACTION

The above and foregoing conduct constitutes negligence. Defendant Arambula was negligent in failing to drive in a safe manner, and failing to adequately signal his intent to turn. Defendant Cededa Tovar was negligent in failing to keep a proper lookout and driving at an excessive rate of speed. As a proximate result of such negligence, Plaintiff has suffered damages.

## V.

## DAMAGES

As a proximate result of such damages, Plaintiff has suffered the following damages:

    a. destruction of personal property;

    b. loss of use of vehicle; and

    c. mental anguish.

Such damages are in an amount not more than $10,000.

-3-

Plaintiff is also entitled to pre-judgment and post-judgment interest at the maximum rate as provided by law.

Plaintiff is also entitled to all costs of court.

# VI.

# AFFIRMATIVE PLEAS

This is a Level One case.

Plaintiff requests that Defendants' liability, and the amount of damages which he has suffered, be determined by a jury of his peers.

Defendant Industial De Libre Comercio is liable for the conduct of Cededa Tovar, because Defendant Cededa Tovar was in the course and scope of his employment with Industial De Libre Comercio at the time of the occurrence.

Defendants are jointly and severally liable.

All conditions precedent have been satisfied or have been excused.

This case is not removable to federal court.

WHEREFORE, PREMISES CONSIDERED, **ARNULFO ARAMBULA,** Plaintiff in the above styled and numbered cause, respectfully prays that citation for Defendants Cededa Tovar, and Industial De Libre Comercio be issued and that they be served, that all Defendants appear herein, that after trial on the merits before a jury, that Defendants be found jointly and severally liable for damages not to exceed $10,000, for pre-judgment and post-judgment interest at the maximum rate as provided by law, for all costs of court, and for all other and further relief, either at law or in equity, to which PLAINTIFF shows himself justly entitled.

-4-

Respectfully submitted,

**LAW OFFICE OF KEITH C. LIVESAY**

1050 North Sugar Road, Suite 200
Pharr, Texas 78577
Tel:    (956) 782-8477
Fax:    (956) 702-9446

BY: _____
    **KEITH C. LIVESAY**
    State Bar No. 12437100

CitiPDF - www.fastio.com

# 4827-A

## CAUSE NO. C-9636-99-A

| | | |
|---|---|---|
| **ARNULFO ARAMBULA** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| | § | |
| **DANIEL ARAMBULA** | § | |
| **Cross-Plaintiff,** | § | |
| | § | |
| **vs.** | § | 49ᵀᴴ JUDICIAL DISTRICT |
| | § | |
| **INDUSTRIAL DEL LIBRE COMERCIO** | § | |
| and | § | |
| **IGNACIO CEPEDA TOVAR,** | § | |
| **Defendants.** | § | ZAPATA COUNTY, TEXAS |

## CROSS-PLAINTIFFS' FIRST AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **DANIEL ARAMBULA**, Cross-Plaintiff in the above-referenced and entitled cause, complaining of **INDUSTRIAL DEL LIBRE COMMERCIO** and **IGNACIO CEPEDA TOVAR**, Defendants herein, and for cause of action, would show the Court as follows:

### I.

### DISCOVERY LEVEL

1.1    Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, discovery in this case will be conducted under Level 2.

### II.

### PARTIES

2.1    Plaintiff, **ARNULFO ARAMBULA**, is a resident of Zapata, Zapata County, Texas at all relevant times hereto.

2.2    Cross-Plaintiff, **DANIEL ARAMBULA**, is a resident of Zapata, Zapata County, Texas at all relevant times hereto.



2.3     Defendant, **INDUSTRIAL DEL LIBRE COMMERCIO,** (hereinafter referred to as "Defendant INDUSTRIAL") is a corporation organized and operating under the laws of the Republic of Mexico. Alternative service will be requested.

2.4     Defendant, **IGNACIO CEPEDA TOVAR ,** (hereinafter sometimes referred to as "Defendant LIBRE COMERCIO Employee" or "Defendant CEPEDA TOVAR") is a citizen of the Republic of Mexico. Alternative Service will be requested.

2.5     Cross-Plaintiff requests that citation be issued for Defendants Industrial De Libre Comercio and Ignacio Cepeda Tovar, and that they be served.

### III.

### JURISDICTION AND VENUE

3.1     This Court possesses jurisdiction because the amount in controversy is in excess of the minimum jurisdictional amount of this Court.

3.2     Venue is proper before this Court because Plaintiff's cause of action, in whole or in part, accrued in Zapata County, and because one of the Defendants is resident of Zapata County, and all of Cross-Plaintiff's claims arise out of the same transactions or occurrences.

### IV.

### FACTS

4.1     On or about May 8, 1998, Plaintiff **DANIEL ARAMBULA** was driving North on U.S. Highway 83.  At the intersection of U.S. Highway and Lincoln Street, Arambula attempted to make a left turn. Defendant **IGNACIO CEPADA TOVAR,** at that time was driving a vehicle owned by Defendant **INDUSTRIAL DEL LIBRE COMMERCIO.**  Defendant, **CEPEDA TOVAR** attempted to pass **ARAMBULA** at the intersection, thus causing the collision.  Cross-Plaintiff

ARAMBULA sustained injuries to his neck, head, knees, back and entire body in general.  At the time of  the incident made the basis of this lawsuit, the Defendant **CEPEDA TOVAR** was an employee, servant and/or agent of Defendant **LIBRE COMERCIO,** and  was  acting within the course  and  scope  of  his  employment  with  said  Defendant.    Therefore,  Defendant  **LIBRE COMMERCIO** is vicariously liable for damages to Cross-Plaintiff by the doctrine of *respondeat superior.*

## V.

## NEGLIGENCE OF DEFENDANT INDUSTRIAL DEL LIBRE COMERCIO

5.1     Cross-Plaintiff asserts negligence causes of action  against Defendant **INDUSTRIAL DEL LIBRE COMERCIO.**

5.2     Cross-Plaintiff reasserts all of the foregoing paragraphs and incorporates same by reference.  Plaintiff's injuries and damages were proximately caused by Defendant's negligent actions and/or omissions, singularly or in combination, jointly or severally, consisting of but not limited to, the following:

      1)      Failing to properly  train its employees in the safe operation of Defendant's vehicles;

      2)      Failing to monitor its employees; and

      3)      Failing to properly supervise its employees.

5.3     Each of the aforementioned acts or omissions of Defendant **LIBRE COMERCIO,** were the proximate cause of the collision and of the resulting damages and injuries to Cross-Plaintiff.

## VI.

## NEGLIGENCE UNDER THE DOCTRINE
## OF *RESPONDEAT SUPERIOR*

6.1    Cross-Plaintiff reasserts all of the foregoing paragraphs and incorporates same by reference.

At the time of the collision in question, Defendant **CEPEDA TOVAR**, was operating a vehicle within

the course and scope of her employment as a driver for Defendant **LIBRE COMERCIO**. Therefore,

Defendant **LIBRE COMERCIO** is vicariously liable for the negligent actions and/or omissions of

its employee, **CEPEDA TOVAR**.

## VII.

## NEGLIGENCE OF DEFENDANT IGNACIO CEPEDA TOVAR

7.1    Cross-Plaintiff asserts a negligence cause of action against Defendant **CEPEDA TOVAR**.

7.2    Cross-Plaintiff reasserts all of the foregoing paragraphs and incorporates same by reference.

As a result of the accident, Plaintiff suffered injuries that were proximately caused by Defendant

**CEPEDA TOVARS'** negligent actions and/or omissions, which consist of, but are not limited to the

following:

      1)    Driving his vehicle at an unsafe rate of speed;

      2)    Failing to timely apply his brakes;

      3)    Failing to keep a proper lookout;

      4)    Failing to turn to the right to avoid the accident; and

      5)    Violating the Texas Transportation Code Section 545.046, which constitutes
            negligence *per se.*

7.3     Cross-Plaintiff asserts that Defendant **CEPEDA TOVARS'** actions and/or omissions, taken

singularly or in any combination thereof, were a proximate and/or producing cause of the injuries and

damages sustained by this Cross-Plaintiff.  Cross-Plaintiff asserts that Defendants, **INDUSTRIAL**

**DEL LIBRE COMMERCIO** and **CEPEDA TOVAR**, jointly and severally, are liable for damages.

VIII.

**DAMAGES OF DANIEL ARAMBULA**

8.1     As a direct and proximate result of the incident made the basis of this lawsuit, Cross-Plaintiff

**DANIEL ARAMBULA** sustained serious and debilitating injuries to his chest, neck, head, knees,

back and entire body in general.  In addition, due to his injuries and as a result of Defendants'

negligence, Cross-Plaintiff **ARAMBULA** was forced to undergo traumatic surgical procedure as

follow: Lumbar laminectomy with diskectomy.  Cross-Plaintiff suffered the following damages as a

result of the negligence of Defendant:

a.      Physical pain and mental anguish in the past and future;

b.      Physical impairment in the past and future;

c.      Medical expenses in the past;

d.      Medical expenses in the future;

e.      Past lost wages;

f.      Loss of future wage-earning capacity;

g.      Physical disfigurement in the past and future; and

8.2    All of the above damages were proximately caused by the negligent actions and/or omissions

of Defendant **IGNACIO CEPEDA TOVAR** is an employee of Defendant **INDUSTRIAL DEL**

**LIBRE COMERCIO.**

8.3    Each of the aforesaid injuries and damages was proximately caused by the negligence of

Defendants as stated hereinabove and said injuries and damages are within the jurisdictional limits of

this Court.

   **WHEREFORE PREMISES CONSIDERED**, Cross-Plaintiff prays that the Defendants be

cited to appear and answer herein, and that upon final hearing be granted the following relief:

1)    Enter a judgment ordering Defendants to pay all actual damages sustained by this
      Cross-Plaintiff;

2)    Enter a judgment ordering Defendants to pay all costs of suit, pre-and post-judgment
      interest at the highest rate allowed by law;

3)    Enter a judgment ordering any further relief, both at law and in equity, to which
      Cross-Plaintiff may be justly entitled.

Respectfully submitted,

**GONZÁLEZ & ASSOCIATES**
**SUMMIT PARK NORTH**
817 E. Esperanza Ave.
McAllen, Texas 78501
(956) 664-0100 Office
(956) 664-1529 Facsimile


By: _____
    Jaime A. González, Jr.
    State Bar No. 08127600
    Gina M. Benavides
    State Bar No. 02112210

**ATTORNEYS FOR CROSS-PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2001, a true and correct copy of the foregoing document has been sent to all counsel of record, via certified mail, return receipt requested, as follows:

Mr. Keith Livesay
LIVESAY LAW OFFICES
1122 Pecan
McAllen, Texas 78501

International Underwriters
P.O. Box 3472
McAllen, Texas 78502

ARI Grupo Villa
2100 W. San Marcelo Blvd., Apt. 164
Brownsville, Texas 78526-1712

ARI Express Insurance Agency, Inc.
2100 W. San Marcelo Blvd., Apt. 164
Brownsville, Texas 78526-1712


Jaime A. González, Jr.

CAUSE NO: 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | ZAPATA COUNTY, TEXAS |
| | § | |
| DANIEL ARAMBULA, | § | |
| IGNACIO CEPEDA·TOVAR and | § | |
| INDUSTIAL DE LIBRE COMERCIO | § | 49TH JUDICIAL DISTRICT |
| | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DANIEL ARAMBULA, Defendant in the above-numbered and entitled cause and files this, DEFENDANT'S ORIGINAL ANSWER , and for such ANSWER would show the following

### GENERAL DENIAL

Reserving the right to file other and further pleadings, exceptions and denials, this Defendant denies each and every material allegation contained in Plaintiff's Original Petition, and demands that Plaintiff be required to prove the same by a preponderance of the evidence in accordance with the laws and Rules of Civil Procedure of the State of Texas.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, Daniel Arambula, prays that upon hearing hereof that Plaintiff take nothing against Defendant, Daniel Arambula that defendant goes hence with his costs, without day and for such other and further relief, at law or in equity, to which he may be justly entitled.



Respectfully submitted,

GONZÁLEZ & ASSOCIATES
SUMMIT PARK NORTH
817 E. Esperanza Ave.
Mc Allen, Texas 78501

By: _____
      Jaime A. González
      SBN: 08127600
      Aaron I. Vela, Esq.
      SBN: 00797598

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of October, 2000, a true and correct copy of the foregoing Defendant's Original Answer has been mailed via, Certified Mail, Return Receipt Requested and via facsimile transmittal to the following counsel of record:

LAW OFFICE OF
KEITH C. LIVESAY
1050 North Sugar Road, Suite 200
Pharr, Texas 78577

_____
Jaime A. González, Esq.
Aaron I. Vela, Esq.

\mdr

F:\...\...\...\arambula.dan\pleadings\genldnl.ans

CAUSE NO. C-9636-99-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| DANIEL ARAMBULA | § | |
|     Cross-Plaintiff, | § | |
| | § | |
| vs. | § | 49TH JUDICIAL DISTRICT |
| | § | |
| INDUSTRIAL DEL LIBRE COMERCIO | § | |
| and | § | |
| IGNACIO CEPEDA TOVAR, | § | |
|     Defendants. | § | ZAPATA COUNTY, TEXAS |

## CROSS-PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **DANIEL ARAMBULA, Cross-Plaintiff** in the above styled and numbered cause, and files this his **CROSS-PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE,** and would respectfully show unto the Court as follows:

This lawsuit was filed on or about August 11, 2000. Two of the Defendants herein, Ignacio Cepeda Tovar and Industrial De Libre Comercio, are residents of the Republic of Mexico.

At the time that the lawsuit was filed, Plaintiff requested that citation be issued and that Defendants Cepeda Tovar and Industrial De Libre Comercio be served by certified mail, return receipt requested.

The Zapata County District Clerk's Office mailed citation, pursuant to the rules. Service was never completed.  (See Exhibits "A", "B", & "C")



At the time of the collision, a policy of insurance was in existence, covering Defendants Cepeda Tovar and Industrial De Libre Comercio. The insurance company/adjustors for Defendants was International Underwriters, P.O. Box 3472, McAllen, Texas 78502.

In order to adequately appraise Defendants of the pendency of this lawsuit, Plaintiff requests that citation be issued and that Defendants be served by serving International Underwriters at the above referenced address.

Further, this Court previously granted Plaintiff's Order for Alternative Service. See Exhibit "C".

Respectfully submitted,

**GONZÁLEZ & ASSOCIATES**
**SUMMIT PARK NORTH**
817 E. Esperanza Ave.
McAllen, Texas 78501
(956) 664-0100 Office
(956) 664-1529 Facsimile

By: _____
       Jaime A. González, Jr.
       State Bar No. 08127600
       Gina M. Benavides
       State Bar No. 02112210

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2001, a true and correct copy of the foregoing document has been sent to all counsel of record, via certified mail, return receipt requested, as follows:

Mr. Keith Livesay
LIVESAY LAW OFFICES
1122 Pecan
McAllen, Texas 78501

International Underwriters
P.O. Box 3472
McAllen, Texas 78502

ARI Grupo Villa
2100 W. San Marcelo Blvd., Apt. 164
Brownsville, Texas 78526-1712

ARI Express Insurance Agency, Inc.
2100 W. San Marcelo Blvd., Apt. 164
Brownsville, Texas 78526-1712

Jaime A. González, Jr.



# Exhibit A

CMsPDF - www.fastio.com

CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | ZAPATA COUNTY, TEXAS |
| | § | |
| IGNACIO CEPEDA TOVAR, | § | |
| INDUSTRIAL DE LIBRE COMERCIO | § | |
| and DANIEL ARAMBULA | § | 49th JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **ARNULFO ARAMBULA, Plaintiff** in the above styled and numbered cause, and files this his **PLAINTIFF' MOTION FOR ALTERNATIVE SERVICE**, and would respectfully show unto the Court as follows:

This lawsuit was filed on or about August 11, 2000. Two of the Defendants herein, Ignacio Cepeda Tovar and Industrial De Libre Comercio, are residents of the Republic of Mexico.

At the time that the lawsuit was filed, Plaintiff requested that citation be issued and that Defendants Cepeda Tovar and Industrial De Libre Comercio be served by certified mail, return receipt requested.

The Zapata County District Clerk's Office mailed citation, pursuant to the rules.

It is now after Thanksgiving. Given the reliability of the postal system in the Republic of Mexico, it is highly doubtful that the "green cards" concerning service will ever be returned.

Texas law does not require a plaintiff to suffer the vagaries of the postal system of the Republic of Mexico.  Instead, under Tex. R. Civ. P. 109a, a party is permitted to serve a defendant, in any method designed to reasonably appraise the defendant.

At the time of the collision, a policy of insurance was in existence, covering Defendants Cepeda Tovar and Industrial De Libre Comercio.  The insurance company/adjustors for Defendants was International Underwriters, P. O. Box 3472, McAllen, Texas  78502.

In order to adequately appraise Defendants of the pendency of this lawsuit, Plaintiff requests that citation be issued and that Defendants be served by serving International Underwriters at the above referenced address.

WHEREFORE, PREMISES CONSIDERED, **ARNULFO ARAMBULA, Plaintiff** in the above styled and numbered cause, respectfully prays that Defendants Industrial De Libre Comercio and Cepeda Tovar be cited by serving their insurance company, and for all other and further relief, either at law or in equity, to which Plaintiff shows himself most justly entitled.

Respectfully submitted,

**LAW OFFICE OF KEITH C. LIVESAY**
1050 North Sugar Road, Suite 200
Pharr, Texas 78577
Tel: (956) 782-8477
Fax: (956) 702-9446

2

BY: _____
KEITH C. LIVESAY
State Bar No. 12437100

# CERTIFICATE OF SERVICE

I, **KEITH C. LIVESAY**, do hereby certify that I have caused to be delivered a true and correct copy of the above and foregoing document by certified mail, return receipt requested, hand delivery and/or fax transmission, to Opposing Counsel as follows:

Jamie A. González
**GONZÁLEZ & ASSOCIATES**
817 East Esperanza Ave.
McAllen, Texas 78501

International Underwriters
P. O. Box 3472
McAllen, Texas 78502

on this the 24th day of November, 2000.

_____
**KEITH C. LIVESAY**

3

# Exhibit B

CVISPDF – www.fastio.com

CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | ZAPATA COUNTY, TEXAS |
| | § | |
| IGNACIO CEPEDA TOVAR, | § | |
| INDUSTRIAL DE LIBRE COMERCIO | § | |
| and DANIEL ARAMBULA | § | 49th JUDICIAL DISTRICT |

# AFFIDAVIT IN SUPPORT OF
# PLAINTIFF'S MOTION FOR
# ALTERNATIVE SERVICE

STATE OF TEXAS          ‡
                                    ‡
COUNTY OF HIDALGO   ‡

BEFORE ME, the undersigned authority, personally appeared **KEITH C. LIVESAY**, a credible person known unto me who, after being duly sworn by me, did swear and state upon his oath as follows:

My name is **KEITH C. LIVESAY**. I am over twenty one (21) years of age, am of sound mind, have never been convicted of a crime, and am fully competent to make and execute this affidavit. I have personal knowledge of each and every statement made herein, as such statements relate to incidents and transactions which I participated in, actions I personally undertook, matters which I observed and heard and because I am an attorney for Plaintiff. All such statements are true and correct.

This lawsuit was filed on or about August 11, 2000. Prior to the filing of this lawsuit, my office asked the Zapata County District Clerk's office the best method to serve citizens and corporations residing in the Republic of Mexico. It replied that they were experienced in mailing citation into Mexico, and this was the best method. Accordingly, service of process herein was requested to be had on

two of the Defendants herein, Ignacio Cepeda Tovar and Industrial De Libre Comercio, by certified mail.

After the filing of this lawsuit, the Zapata County District Clerk's Office told us that they had sent the citation in this matter. However, numerous telephone calls have been made to the Zapata County District Clerk's Office since that time, and they have always told us that the green card and/or other documentation demonstrating receipt by Defendants has never been returned to them.

It has now been several months since citation has been sent. My experience with documents to and from Mexico indicates that such documents have been lost, and are likely to be lost again should they be resent to Mexico. Personal service of process is impractical into Mexico, in not impossible.

At the time of the collision, a policy of insurance was in existence, covering Defendants Cepeda Tovar and Industrial De Libre Comercio. The insurance company/adjustors for these Defendants was International Underwriters, P. O. Box 3472, McAllen, Texas 78502. I believe that service of citation on the insurance company will provide Defendants sufficient notice of the pendency of this lawsuit, and will be required to defend the matter anyway.

Affiant further sayeth not.



KEITH C. LIVESAY

SIGNED and SWORN BEFORE ME, the undersigned authority, on this the 20th day of December, 2000.

MARGO D. ROCHA
MY COMMISSION EXPIRES
October 9, 2001

Notary Public, in and for
the State of Texas

2

# Exhibit C

CitiPDF – www.fesisa.com

Case 1:01-cv-00183   Document 1   Filed in TXSD on 10/24/2001   Page 35 of 50

CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | ZAPATA COUNTY, TEXAS |
| | § | |
| IGNACIO CEPEDA TOVAR, | § | |
| INDUSTRIAL DE LIBRE COMERCIO | § | |
| and DANIEL ARAMBULA | § | 49th JUDICIAL DISTRICT |

# ORDER GRANTING
# PLAINTIFF'S MOTION FOR
# ALTERNATIVE SERVICE

Came on to be considered Plaintiff's Motion for Alternative Service, and the Court, having considered the motion, any response thereto, along with the evidence presented, and the arguments and authorities of counsel, finds that the motion is well taken because Defendants have not been successfully served by mail after several months, and that the alternative service proposed by Plaintiff would reasonably provide notice of the pendency of this lawsuit; and accordingly,

**GRANTS** Plaintiff's Motion for Alternative Service; and

**ORDERS** that Defendants Cepeda Tovar and Industrial De Libre Comercio be served by serving International Underwriters, P. O. Box 3472, McAllen, Texas 78502.

Signed and Entered on this the 20th day of December, 2000.

_____
**JUDGE PRESIDING**

cc:   Keith C. Livesay, 1050 N. Sugar Road, Suite 200, Pharr, Texas 78577
      Jamie A. González, 817 East Esperanza Ave., McAllen, Texas 78501
      International Underwriters, P. O. Box 3472, McAllen, Texas 78502

CAUSE NO. C-9636-99-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| DANIEL ARAMBULA | § | |
|     Cross-Plaintiff, | § | |
| | § | |
| vs. | § | 49TH JUDICIAL DISTRICT |
| | § | |
| INDUSTRIAL DEL LIBRE COMERCIO | § | |
| and | § | |
| IGNACIO CEPEDA TOVAR, | § | |
|     Defendants. | § | ZAPATA COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### CROSS-PLAINTIFF'S MOTION FOR
### ALTERNATIVE SERVICE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, personally appeared Jaime A. González, Jr., a credible person known unto me who, after being duly sworn by me, did swear and state upon his oath as follows:

My name is Jaime A. González, Jr.. I am over twenty-one (21) years of age, am of sound mind, have never been convicted of a crime, and am fully competent to make and execute this affidavit. I have personal knowledge of each and every statement made herein, as such statements relate to incidents and transactions which I participated in, actions I personally undertook, matters which I observed and heard and because I am an attorney for Cross-Plaintiff. All such statements are true and correct.

This lawsuit was filed on or about August 11, 2000 by Plaintiff Arnulfo Arambula. Plaintiff Arnulfo Arambula had previously attempted service in this case to no avail. See Exhibits "A", "B", and "C". Further, this Court granted Plaintiff Arnulfo Arambula an order for Alternative Service.



At the time of the collision, a policy of insurance was in existence, covering Defendants Cepeda Tovar and Industrial De Libre Comercio.  The insurance company/adjustors for these Defendants was International Underwriters, P.O. Box 3472, McAllen, Texas 78502.  I believe that service of citation on the insurance company will provide Defendants sufficient notice of the pendency of this lawsuit, and will be required to defend the matter anyway.

Affiant further sayeth not.

Jaime A. González, Jr.

SIGNED and SWORN BEFORE ME, the undersigned authority, on this the 7th day of July, 2001.

Notary Public, in and for
The State of Texas

LORENA S. LINDBERG
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
2-20-2005

01-339-ANSWER-IDLC

## CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| and DANIEL ARAMBULA | § | |
| | § | |
| V. | § | 49TH JUDICIAL DISTRICT |
| | § | |
| INDUSTRIAL DE LIBRE COMERCIO | § | |
| and IGNACIO CEPEDA TOVAR | § | ZAPATA COUNTY, TEXAS |

### SPECIAL APPEARANCE OF T.J. TIJERINA

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES T. J. TIJERINA, Movant herein, and files this his SPECIAL APPEARANCE in support of which she would show unto the Court as follows:

1.      Movant was served with citation issued in this proceeding addressed to:

    TO: INTERNATIONAL UNDERWRITERS, P.O. Box 3472, McAllen, Texas 78502, in the hereinafter styled and numbered cause:

2.      In support of his Special Appearance, Movant asserts the following:

(a)      He is employed by International Underwriters General Agency as the Claims Manager.

(b)      He is a resident of Edinburg, Hidalgo County, Texas.

(c)      He is not now nor has he ever been a resident of Zapata County, Texas, and has never been in Zapata County, Texas.

(d)      He was not involved in the motor vehicle collision that is the subject of this proceeding.

(e)      He is not an owner and/or representative for Industrial de Libre Comercio and has no better way to contact anyone at that business and make them aware of this pending lawsuit than do Plaintiff and Cross-Plaintiff.

(f)      He is not an agent for service of process on Defendants.

(g)      Service on Movant is not reasonably effective to give Defendants notice of this lawsuit.



(h)     He is not authorized to accept service of process for Defendants.

(i)     He is not a Sheriff, Deputy Sheriff, Constable, Deputy Constable, or other person authorized to serve citations either in the State of Texas or the Republic of Mexico.

3.     Movant objects to the attempted exercise of jurisdiction over his person in this proceeding on the ground that  he is not amendable to process issued by this Court because he is not a proper party to this proceeding and is in no way responsible for any tort alleged to have been committed by Defendants.

4.     P.O. Box 3472, McAllen, Hidalgo County, Texas, is not  Industrial de Libre Comercio's place of business, usual place of abode, or other place where a representative of Industrial de Libre Comercio can probably be found.

5.     Attempted service of process on Defendant by having citation served on Movant is in violation of the Due Process Clause and the 14th Amendment to the Federal Constitution and Article 1, § 19 of the Texas Constitution.

WHEREFORE, PREMISES CONSIDERED, Movant prays:

A.     That his Special Appearance be sustained;

B.     That he be dismissed from this proceeding; and

C.     For such other and further relief to which Movant may be justly entitled.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707


By: _____

Anthony B. James
State Bar No. 10537300

William L. Hubbard
State Bar No. 10142000

ATTORNEYS FOR MOVANT

Case 1:01-cv-00183   Document 1   Filed in TXSD on 10/24/2001   Page 41 of 50

| | | |
|---|---|---|
| THE STATE | § | |
| | § | AFFIDAVIT |
| OF TEXAS | § | |

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day

personally appeared T.J. Tijerina , known to me to be the person whose name is subscribed hereto, who

being first duly sworn in the manner provided by law, on oath stated as follows:

1.    My name is T. J. Tijerina.  I am over the age of eighteen years, have personal knowledge
of, and I am competent to testify to the facts set forth herein.

2.    I have read the above and Special Appearance of  T.J. Tijerina  and the facts set forth
therein are true and correct.

T. J. Tijerina

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said T.J.

Tijerina on the __31st__ day of August, 2001, to certify which witness my hand and seal of office.

Notary Public in and for
The State of Texas

SPECIAL APPEARANCE OF LIDIA PEREZ - Page 5

01-339-ANSWER-CEPEDA

## CAUSE NO. 4827-A

ARNULFO ARAMBULA                    §        IN THE DISTRICT COURT
and DANIEL ARAMBULA                 §
                                    §
V.                                  §        49TH JUDICIAL DISTRICT
                                    §
INDUSTRIAL DE LIBRE  COMERCIO       §
and IGNACIO CEPEDA TOVAR            §        ZAPATA COUNTY, TEXAS

### DEFENDANT  TOVAR'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, Defendant herein, and files this his ORIGINAL

ANSWER in support of which he would show unto the Court as follows:

1.       Defendant Tovar  denies each and every, all and singular, the material allegations in

Plaintiffs' pleadings and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant prays:

A.       That Plaintiffs go hence without day as to his cause of action asserted herein; and

B.       For such other and further relief to which Defendant Tovar may be justly entitled.



DEFENDANT TOVAR'S ORIGINAL ANSWER - Page 1

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707


By:    _____
       Anthony B. James
       State Bar No. 10537300

       William L. Hubbard
       State Bar No. 10142000

ATTORNEYS FOR DEFENDANT TOVAR

DEFENDANT TOVAR'S ORIGINAL ANSWER - Page 2





01-339-JURY REQUEST

## CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | IN THE DISTRICT COURT |
| AND DANIEL ARAMBULA | § | |
| | § | |
| V. | § | 49TH JUDICIAL DISTRICT |
| | § | TEXAS |
| INDUSTRIAL DE LIBRE COMERCIO | § | BY_____ DEPUTY |
| AND IGNACIO CEPEDA TOVAR | § | ZAPATA COUNTY, TEXAS |

## DEFENDANT TOVAR'S JURY REQUEST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, one of the Defendants herein, and files this his JURY REQUEST in support of which he would show unto the Court as follows:

1.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant Tovar files this his request for a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant Tovar prays that the above entitled and numbered proceeding be tried before a jury and for such other and further relief to which Defendant may be justly entitled.



DEFENDANT TOVAR'S JURY REQUEST - Page 1

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
William L. Hubbard
State Bar No. 10142000

ATTORNEYS FOR DEFENDANT TOVAR

DEFENDANT TOVAR'S JURY REQUEST - Page 2

## CERTIFICATE OF SERVICE

ON the 28th day of August, 2001, a copy of DEFENDANT TOVAR'S JURY REQUEST

was served on:

Jaime A. Gonzalez, Jr.         By Certified Mail, Return Receipt
Attorney at Law         Requested No. 7000 1530 0006    3433 5846
Summit Park North
817 E. Esperanza Avenue
McAllen, Texas 78501

    *Attorney for Plaintiff Daniel Arambula*

Keith Livesay         By Certified Mail, Return Receipt
Attorney at Law         Requested No. 7000 1530 0006    3433 5853
1122 Pecan
McAllen, Texas 78501

    *Attorney for Plaintiff Arnulfo Arambula*

_____
William L. Hubbard
Attorney at Law

DEFENDANT TOVAR'S JURY REQUEST - Page 3

**\*\*\* CITATION BY MAILING \*\*\***

INT'L UNDERWRITERS
GENERAL AGENCY INC.

AUG 0 3 2001

RECEIVED

THE STATE OF TEXAS

TO:  __INTERNATIONAL UNDERWRITERS__

    __P.O.BOX 3472__

    __MCALLEN,TEXAS 78502__

Defendant, in the hereinafter styled and numbered cause:__4,827-A__

YOU ARE HEREBY COMMANDED to appear before the _____49th District Court_____ of the City of _____Zapata_____, County of _____Zapata_____, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies the Citation, in Cause Number ___4,827-A___, styled __ARNULFO ARAMBULA__ , Plaintiff _____, v. __IGNACIO CEPEDA TOVAR,INDUSTRIAL DE LIBRE COMERCIO AND DANIEL ARAMBULA__, Defendant , filed in said Court on the __11TH__ day of __AUGUST__ , 20__01__ Plaintiff is represented by ___KEITH C.LIVESAY___, whose address is __1050 NORTH SUGAR ROAD,SUITE 200__  __PHARR__  __TX__  __78577__ .

      street            city          state          zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said court at office, this the __25TH__ day of __JULY__ , 20__01__.

                               __CONSUELO R.VILLARREAL__

(Seal)              __District__ Clerk of __Zapata__ County, Texas

                               __P.O. Box 789__

                  __Zapata__        __Texas__       __78076__

                              city          state          zip code

                  By __Sylvia O. Santos__

                    Deputy

EXHIBIT

## NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgement may be taken against you.

# OFFICER'S RETURN BY MAILING

Came to hand the _____ day of _____, 20_____, and executed by mailing to the Defendant certified mail, return receipt requested with restricted delivery a true and correct copy of this citation together with an attached copy of Plaintiff's Petition to the following address:

_____      _____

Defendant      Address

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto, signed by

**ATTACH**
**RETURN RECEIPT(S)**
**WITH**
**ADDRESSEE SIGNATURE**

_____
and dated _____
* Citation was not served despite the following use of diligence to execute service by the officer or person authorized to execute this citation: _____
_____
Citation was not executed because _____
Defendant may be found at: _____
To certify which witness my hand officially.

_____
Signature of person serving citation
_____ County, Texas
By: _____ Deputy
Fee for Serving Citation $ _____

---

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| By | Clerk | At | This | Filed | By | Clerk | This | Issued |

CONSUELO R. VILLARREAL

49TH JUDICIAL DISTRICT Court

By SYLVIA V. SANTOS Deputy

This 25TH day of JULY, 2001

**CITATION BY MAILING**
(District or County Court)

IGNACIO CEPEDA TOVAR, INDUSTRIAL DE LIBRE COMERCIO AND DANIEL ARAMBULA

ARNULFO ARAMBULA

VS.

In
Court
JUDICIAL DISTRICT
49TH
ZAPATA
of
County, Texas

File No. 4,827-A

_____ o'clock _____ .M.

_____ Court
By _____ Deputy

* Strike if not applicable.

## VERIFICATION

State of Texas
County of _____

Before me, on this day personally appeared _____, who being by me duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of facts herein stated, and that he has read the foregoing Return of Citation, and that every statement contained therein is within his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on _____, 20_____, to certify which witness my hand and official seal.

_____
Notary Public in and for

_____ County, Texas

My commission expires: _____

_____
Notary's Signature

* Use only if a person other than Sheriff or Constable served process. See Rules 103 and 107

# CIVIL DOCKET

CASE NO. 4,827-A

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING |
|---|---|---|---|---|

**Kind of Action and Party Demanding Jury:** SUIT FOR DAMAGES

**DATE OF FILING:** Mo. AUG   Day 11   Year 2000

Jury Fee ___   Paid by ___   Jury No. ___

| 4,827-A | ARNULFO ARAMBULA | KEITH C. LIVES<br>1050 NORTH SUGAR ROAD, STE. 200<br>PHARR, TEXAS 78577<br>956-782-8477   FAX-702-9446 |
|---|---|---|

vs.

DANIEL ARAMBULA, IGNACIO CEDEDA TOVAR, AND INDUSTIAL DE LIBRE COMERCIO

DAIME A. GONZALEZ
817 E. ESPERANZA AVE.
McALLEN, TEXAS 78501

**PROCESS:** F/F$211.40 CK.#9554

**MINUTE BOOK:** Vol. 89   Page 284

| FEE BOOK | | |
|---|---|---|
| Vol. | Page | |

## DATE OF ORDERS

| Month | Day | Year | ORDERS OF COURT |
|---|---|---|---|
| AUG. | 11, | 2000 | PLAINTIFF'S ORIGINAL PETITION |
| AUG. | 25, | 2000 | ISSUED CITATION BY MAILING TO IGNACIO CEDEDA TOVAR, BY REGISTERED MAIL, R.R.R., CERT.# |
| AUG. | 25, | 2000 | ISSUED CITATION BY MAILING TO INDUSTIAL DE LIBRE COMERCIO, BY REGISTERED MAIL, R.R.R., CERT.# |
| Oct. | 19, | 2000 | Defendants Original Answer |
| DEC. | 01 | 2000 | PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |
| Mar. | 20 | 2000 | Order Granting Plaintiffs Motion for Alternative Service signed by Judge Antonio Garza on 12/20/00 |
| Jul | 11, | 2001 | Cross-Plaintiffs First Amended Petition |
| Jul | 11, | 2001 | Cross-Plaintiffs Motion For Alternative Service w/Exh "A,B,C" |
| JULY | 25 | 2001 | ISSUED CITATION BY MAILING TO INTERNATIONAL UNDERWRITERS,BY REGISTERED MAIL CERT.#7099 3220 0001 2846 2557 |
| AUG. | 7 | 2001 | RETURN RECEIPT, INTERNATIONAL UNDERWRITERS,SIGNED BY I.J.TIJERINA,8-3-0. |

No. 4807-A

vs.

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | |
| Month | Day | Year | | Vol. | Page |
|---|---|---|---|---|---|
| July | 24 | 2001 | Order Granting Orig. Plaintiff's Motion for Alternative Service of process by publication in 4/23/01 ... by Judge Manuel R. Flores | 94 | 009 |
| Aug. | 22 | 2001 | Special Appearance by T.J. Tijerina | | |
| Aug. | 27 | 2001 | Defendant Torres's Original Answer | | |
| Sept. | 5 | 2001 | Defendant Torres Jury Request (at 30.") | | |

Case 1:01-cv-00183   Document 1   Filed in TXSD on 10/24/2001   Page 50 of 50