2

01-339-NOTICE-JOINDER

United States District Court
Southern District of Texas
FILED

OCT 24 2001

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

B -01- 183

| | | |
|---|---|---|
| ARNULFO ARAMBULA AND DANIEL ARAMBULA | § § § | CIVIL ACTION NO. _____ |
| V. | § § | |
| INDUSTRIAL DEL LIBRE COMERCIO AND IGNACIO CEPEDA TOVAR | § § § | JURY DEMANDED |

### NOTICE REGARDING JOINDER OF DEFENDANT INDUSTRIAL DEL LIBRE COMERCIO

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, one of the Defendants herein, and files this his NOTICE REGARDING JOINDER OF DEFENDANT INDUSTRIAL DEL LIBRE COMERCIO in support of which he would show unto the court as follows:

1. Industrial Del Libre Comercio (Defendant Industrial) was a business entity purportedly organized and existing under the laws of the Republic of Mexico with its principal place of business in the Republic of Mexico. Defendant Tovar, acting through and with the assistance of the undersigned attorney, made efforts to locate Defendant Industrial but was unable to do so.

2. Arturo Garza, an employee of Defendant's law firm, went to the Republic of Mexico to locate Defendant Industrial but was unable to do so.

3. Additionally, Defendant's law firm retained the services of an attorney licensed in the Republic of Mexico to locate Defendant Industrial. The result of the inquiries made by that attorney were that it was learned that Defendant Industrial was not properly registered in the State of Tamaulipas to transact business in the Republic of Mexico and was not listed in any public business registries as required by law.

4. Further, Arturo Garza interviewed Defendant Tovar who stated that Defendant Industrial no longer existed.

WHEREFORE, PREMISES CONSIDERED, Defendant Tovar prays:

A. That this action proceed in this Court; and

B. For such other and further relief to which Defendant Tovar may be justly entitled.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

ATTORNEYS FOR DEFENDANT TOVAR

# CERTIFICATE OF SERVICE

ON the 24th day of October, 2001, a copy of the NOTICE REGARDING JOINDER OF DEFENDANT INDUSTRIAL DEL LIBRE COMERCIO was served on:

| | |
|---|---|
| Jaime A. Gonzalez, Jr.<br>Attorney at Law<br>Summit Park North<br>817 E. Esperanza Avenue<br>McAllen, Texas 78501 | By Certified Mail, Return Receipt<br>Requested No. 7001 0320 0003 6910 _____ |

*Attorney for Plaintiff Daniel Arambula*

| | |
|---|---|
| Keith Livesay<br>Attorney at Law<br>1122 Pecan<br>McAllen, Texas 78501 | By Certified Mail, Return Receipt<br>Requested No. 7001 0320 0003 6910 _____ |

*Attorney for Plaintiff Arnulfo Arambula*

_____
William L. Hubbard
Attorney at Law

NOTICE REGARDING JOINDER OF DEFENDANT INDUSTRIAL
DEL LIBRE COMERCIO - Page 3