01-339-NOTICE-FILING-REMOVAL

NOV 13 2001

United States District Court
Southern District of Texas

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNULFO ARAMBULA AND | § | |
| DANIEL ARAMBULA | § | CIVIL ACTION NO. B-01-183 |
| | § | |
| V. | § | |
| INDUSTRIAL DEL LIBRE COMERCIO AND | § | JURY DEMANDED |
| IGNACIO CEPEDA TOVAR | § | |

## DEFENDANT TOVAR'S NOTICE OF FILING REMOVAL IN STATE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, one of the Defendants herein, and files this his NOTICE OF FILING REMOVAL IN STATE COURT in support of which he would show unto the Court as follows:

1. Attached hereto and marked as Exhibit A is a filemarked copy of Defendant Tovar's Notice of Removal to Federal Court filed with the District Clerk of Zapata County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Tovar prays:

A. That the Court take notice that the proper notice of the removal of this action was filed in State Court; and

B. For such other and further relief to which Defendant Tovar may be justly entitled.

DEFENDANT TOVAR'S NOTICE OF FILING REMOVAL IN STATE COURT - Page 1

## CERTIFICATE OF SERVICE

ON the 9th _____ day of November, 2001, a copy of DEFENDANT TOVAR'S NOTICE OF FILING REMOVAL IN STATE COURT was served on:

| | |
|---|---|
| Jaime A. Gonzalez, Jr.<br>Attorney at Law<br>Summit Park North<br>817 E. Esperanza Avenue<br>McAllen, Texas 78501 | By Certified Mail, Return Receipt<br>Requested No. 7001 0320 0003 6910 3007 |

*Attorney for Plaintiff Arnulfo Arambula*

| | |
|---|---|
| Keith Livesay<br>Attorney at Law<br>1122 Pecan<br>McAllen, Texas 78501 | By Certified Mail, Return Receipt<br>Requested No. 7001 0320 0003 6910 2994 |

*Attorney for Plaintiff Daniel Arambula*

_____
William L. Hubbard
Attorney at Law

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329
Harlingen, Texas 78553-4329

Third Floor, Suite 310
134 East Van Buren Street
Harlingen, Texas 78550-6807

956-425-7400
FAX - 956-425-7707

By: _____
William L. Hubbard
State Bar No. 10142000
Federal Id. No. 1923

Lisa M. Mount
State Bar No. 06571040
Federal Id. No. 15307

ATTORNEYS FOR DEFENDANT TOVAR

DEFENDANT TOVAR'S NOTICE OF FILING REMOVAL IN STATE COURT - Page 2

01-339-NOTICE-STATE COURT

## CAUSE NO. 4827-A

| | | |
|---|---|---|
| ARNULFO ARAMBULA<br>AND DANIEL ARAMBULA | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 49TH JUDICIAL DISTRICT |
| INDUSTRIAL DE LIBRE COMERCIO<br>AND IGNACIO CEPEDA TOVAR | §<br>§<br>§ | ZAPATA COUNTY, TEXAS |

### DEFENDANT TOVAR'S NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES IGNACIO CEPEDA TOVAR, Defendant herein, and files this his NOTICE OF REMOVAL TO FEDERAL COURT in support of which he would show unto the Court as follows:

1. This proceeding has been removed to the United States District Court, Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1441 and 1332(a)(2). A copy of the Notice of Removal is attached hereto as Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(d), this court has lost jurisdiction of this proceeding.

WHEREFORE, PREMISES CONSIDERED, Defendant Tovar prays:

A. That this Court proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court, and

B. For such other and further relief to which Defendant Tovar may be justly entitled.

DEFENDANT TOVAR'S NOTICE OF REMOVAL TO FEDERAL COURT - Page 1