IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNULFO ARAMBULA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-183 |
| | § | |
| IGNACIO CEPEDA TOVAR, | § | |
| INDUSTRIAL DE LIBRE COMERCIO | § | |
| AND DANIEL ARAMBULA | § | |

## ORDER TRANSFERRING CASE

This case was removed to the Brownsville Division of the Southern District of Texas from the 49th Judicial District Court of Zapata County, Texas. Zapata County lies within the Laredo Division of the Southern District of Texas.

IT IS THEREFORE **ORDERED** that this case be transferred to the Laredo Division of the Southern District of Texas.

DONE at Brownsville, Texas, this 27th day of November, 2001.

_____
John Wm. Black
United States Magistrate Judge